UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NORRIS LYNN FISHER,**

   Plaintiff,

v.                                                          No. 4:21-cv-1178-P

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION ET AL.,**

   Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 46. No objections were filed; the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff Norris Lynn Fisher's Motions for Leave to Proceed in Forma Pauperis (ECF Nos. 40, 42, 44) should be, and are hereby, **DENIED.**

It is further **ORDERED** that Plaintiff pay to the Clerk of the Court the filing and administrative fees of $402.00[1] **on or before December 8, 2021.** Failure of Plaintiff to comply will result in the dismissal of this case without prejudice without further notice.

---

[1] In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule requires payment of an administrative fee for filing a civil action in district court of $52. *See* 28 U.S.C. § 1914(a) and District Court Miscellaneous Fee Schedule, note 14.

**SO ORDERED** on this **2nd day** of **December, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE